

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lorena Beltran Diaz t/n Lorena Santos-Diaz DEFENDANT(S). | CASE NUMBER ED 11-00214 M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Tuesday 6-28-11_, _____, at _3:00_ ☐ a.m. / ☒ p.m. before the Honorable _Sheri Pym_ _____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _6-27-11_        _____
U.S. ~~District Judge~~/Magistrate Judge